IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRIE A. STITTUMS, | ) | |
| | ) | |
| PLAINTIFF, | ) | No. 3:13-0082 |
| | ) | |
| VS. | ) | Judge Nixon |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Bryant |
| | ) | |
| DEFENDANT. | ) | |

## ~~[PROPOSED]~~ ORDER EXTENDING FACT DISCOVERY DEADLINE IN INITIAL CASE MANAGEMENT ORDER

This cause came before the court on the Joint Motion to Extend Fact Discovery Deadline in Initial Case Management Order jointly filed by the parties. It appearing that the motion is well taken and will not disturb the remaining deadlines in the case management order including the deadline to file dispositive motions,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that fact discovery deadline in the initial case management order is hereby extended from November 4, 2013, until January 31, 2014. All remaining deadlines in the case management order remain in full force and effect.

**IT IS SO ORDERED.**

_____
JOHN S. BRYANT
U.S. Magistrate Judge