IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRIE A. STITTUMS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No.: 3:13-cv-00082 |
| | ) | JUDGE NIXON |
| UNITED STATES OF AMERICA | ) | MAGISTRATE JUDGE BRYANT |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

The parties, by and through their respective counsel, have informed the Court that all matters between these parties have been settled and compromised. Accordingly, this civil action is hereby DISMISSED against the United States of America. Said dismissal shall be without prejudice for a period of ninety (90) days, within which the parties may formalize and implement the terms and conditions of their settlement. The dismissal shall be with prejudice ninety (90) days following the entry of this Order on the docket, unless other action is taken by the Court upon the petition of either party.

It is so **ORDERED**.

ENTERED this the __28__ day of __August__, 2014.

_____
JOHN T. NIXON
UNITED STATES DISTRICT COURT JUDGE